UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00447-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL VAN GILDER,

    Defendant.

---

## ORDER

---

THIS MATTER comes before the Court on the Government's Motion to Disclose Grand Jury Material, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I). Having reviewed the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is hereby

ORDERED that Government's Motion to Disclose Grand Jury Material Pursuant to Fed.R.CR.P. 6(e)(3)(E)(I) (ECF Doc. No. 17), filed November 30, 2012, is **GRANTED.** It is further

ORDERED that grand jury testimony and grand jury exhibits and other materials may be disclosed to the Defendant and his attorneys in the course of discovery in this case. It is further

ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to the defendant and his attorneys; that the defendant's attorneys shall maintain custody of such materials, and shall not reproduce or disseminate the same and that such materials shall be returned to the United States at the end of the case.

Dated: December 10, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE